AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>William T. Griffith III | ) ) ) ) ) ) ) | Case No.   2:26-mj-16 |
| _____<br>*Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 9, 2026_____ in the county of _____Franklin_____ in the _____Southern_____ District of _____Ohio_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm or ammunition by a prohibited person |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stephen Lawson, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Via Telephone

Date:  January 14, 2026

City and state:  Columbus, Ohio

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge