UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| WILLIAM T. GRIFFITH, | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Defendant. | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Felon in Possession of a Firearm)

1. On or about January 9, 2026, in the Southern District of Ohio, the defendant, **WILLIAM T. GRIFFITH**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Zastava Arms, model ZPAPM70, 7.62 caliber rifle, bearing serial number Z70-178476, a Stoeger Arms Corp, .22 caliber pistol, bearing serial number 41900, and an Armscor, model 200, .38 caliber revolver, bearing serial number AP1284018, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

2. Upon conviction of the offense alleged in Count 1 of the Indictment, the defendant, **WILLIAM T. GRIFFITH,** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation, including but not limited to:

- A Zastava Arms, model ZPAPM70, 7.62 caliber rifle, bearing serial number Z70-178476, with any attachments, including a possible suppressor;

- A Stoeger Arms Corp., .22 caliber pistol, bearing serial number 41900, with any attachments, including a possible suppressor;

- An Armscor, model 200, .38 caliber revolver, bearing serial number AP1284018, with any attachments; and

- All associated ammunition.

**Forfeiture notice pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

/s Foreperson
_____
Foreperson

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*(signature)*
_____
DAMOUN DELAVIZ (PA 309631)
Assistant United States Attorney